**Order entered August 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00197-CV

### IN THE INTEREST OF V.I.P.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02616**

## ORDER

We **DENY** appellant's August 30, 2019 "Emergency Motion to Correct Errors and to

Modify the Order of August 29, 2019."


       /s/  LANA MYERS
          PRESIDING JUSTICE